HANCE BROTHERS COMPANY v. AMERICAN RAILWAY EXPRESS COMPANY. — Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH W. SMITH v. WILLIAM A. BECHBERGER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISAAC LEWIS and Others v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BAKER, EVANS & COMPANY, INC., v. NAVY KNITTING MILLS, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE CARING-SARROW COMPANY, INC., v. HENRY ROSENTHAL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MOSES SPIEGEL v. MEYER ROTHSTEIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS W. SIMMONS & COMPANY, INC., v. F. R. PHILLIPS & SONS COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES A. MULLER v. AUGUST MIETZ CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PUBLICITY LEASING COMPANY, INC., v. POLLY HYMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PAULINE POSNER v. LOUIS L. FIRUSKI and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

J. & C. FISCHER v. SCHUBERT PIANO COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LAMCHICK-FRANK COMPANY, INC., v. ROBERT FEIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

A. C. & H. M. HALL REALTY COMPANY v. ANNA FRANCIS and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARDWARE HOUSE OF AMERICA, INC., v. HENRY MESINGER and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BENJAMIN SOBIN and Others v. WILLIAM BECKER and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.